# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALAN PESCH

VERSUS

TRACE ADAIR AND PROGRESSIVE
NORTHWESTERN INSURANCE
COMPANY

NO.  2021 CW 1304

OCTOBER 27, 2021

---

In Re:    Trace Adair and Progressive Northwestern Insurance
          Company, applying for supervisory writs, 23rd Judicial
          District Court, Parish of Ascension, No. 125597.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **STAY LIFTED; WRIT DISMISSED.**  The stay of the trial of this
matter previously ordered by this court is lifted.  The writ is
dismissed pursuant to relator's motion to dismiss advising that
the parties reached a stipulation regarding the issues in this
writ application and requesting that the stay be lifted and the
writ be dismissed.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT